UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 20 P 12: 23
US DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| KATHRYN SYMONDS, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:01-CV857(SRU) |
| v. | : | |
| AMITY REGIONAL SCHOOL DISTRICT NUMBER 5, | : | |
| DEFENDANT. | : | April 12, 2004 |

### STIPULATION OF DISMISSAL
### WITH PREJUDICE TO PLAINTIFF, KATHRYN SYMONDS

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

PLAINTIFF,

KATHRYN SYMONDS

By: _____
Gary Phelan, Esq. (CT 03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005
(860) 313-5350 (fax)

DEFENDANT,

AMITY REGIONAL SCHOOL DISTRICT
NUMBER 5

By: _____
James F. Shields (CT 01935)
D'Attello & Shields
500 Enterprise Drive, suite 4B
Rocky Hill, CT 06067
(860) 571-7999
(860) 571-7979 (fax)

SO ORDERED

_____
United States District Judge